IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LESLIE MILLER, <br><br> Plaintiff, <br><br> v. <br><br> WACO HEALTHCARE LLC, D/B/A WACO HEALTHCARE AND REHABILITATION CENTER, <br><br> Defendant. | CIVIL ACTION NO. 6:23-cv-00328 <br><br> JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered the foregoing Motion to Dismiss Defendant **WACO HEALTHCARE LLC, D/B/A WACO HEALTHCARE AND REHABILITATION CENTER**, with Prejudice in the above-entitled and numbered cause. After considering the pleadings, this Court is of the opinion that such motion should be granted.

**IT IS THEREFORE ORDERED** that this Motion to Dismiss Defendant, **WACO HEALTHCARE LLC, D/B/A WACO HEALTHCARE AND REHABILITATION CENTER**, with Prejudice be granted. It is further

**ORDERED** that all costs shall be borne by the party incurring same.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

SIGNED this 30th day of August, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE